# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | )<br>) |
| Plaintiff, | ) Case No. 2:17-mj-00672-CWH<br>) |
| vs. | ) **ORDER**<br>) |
| THEODORE ROBERT WRIGHT, | )<br>) |
| Defendant. | ) |

Presently before the court is Defendant Theodore Robert Wright's emergency motion for disbursement of bond funds (ECF No. 8), filed on July 7, 2017. Wright requests the release of the $75,000.00 cash appearance bond that was on his behalf, arguing that after he appeared in the United States District Court for the Eastern District of Texas where the charges against him are pending, the assigned United States district judge granted the government's motion to revoke pretrial release and ordered Wright detained pending trial. Having reviewed and considered the motion, and good cause appearing,

IT IS ORDERED that Defendant Theodore Robert Wright's emergency motion for disbursement of bond funds (ECF No. 8) is GRANTED.

IT IS FURTHER ORDERED that the court's previous order (ECF No. 5) is VACATED to the limited extent that the Clerk of Court must not transfer the $75,000.00 appearance bond to the United States District Court for the Eastern District of Texas.

/ / /

/ / /

/ / /

IT IS FURTHER ORDERED that the Clerk of Court must release the $75,000.00 bond to the depositor, Ashley Polston, by mailing a check to the address she provided on the certificate of deposit (ECF No. 3).

DATED: July 10, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**